EDWARD S. FRANKS ET AL. v. CLARK D. SMITH.

*Jurisdiction on appeal from justice's courts.*

The Circuit Court obtains no jurisdiction by an appeal from a justice's court, if taken after the statutory period of five days allowed for taking it

Error to Shiawassee.   Submitted Jan. 4.   Decided Jan. 19..

TROVER.   Plaintiffs bring error.   Reversed.

*A. R. McBride* for plaintiffs in error.   A circuit court. cannot entertain an appeal from a justice's judgment if not claimed until the sixth day thereafter: *Harrison v. Sager* 27 Mich. 476.

MARSTON, C. J.   This case comes clearly within and is. disposed of by *Dale v. Lavigne* 31 Mich. 149.   The appeal was not taken within the time allowed by the statute, and the circuit court obtained no jurisdiction.

The judgment must be reversed with costs of both courts..

The other Justices concurred.